UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANISHA LEE PRICE, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>WELLS FARGO & COMPANY, et al.,<br><br>        Defendants. | Case No.  22-cv-03128-JSC<br><br>**PRETRIAL ORDER NO. 1** |

Following the initial case management conference held on October 13, 2022, the Court orders as follows:

1. Defendants shall file their anticipated motion for judgment on the pleadings on or before November 10, 2022.

2. Also by November 10, 2022, the parties shall file a joint letter identifying their chosen mediator and the mediation date for a private mediation in this action and the related *Droesch* matter.

3. After the Court decides summary judgment in the *Droesch* matter, the Court will set a further status conference in this action and *Droesch* at the same time.

4. All discovery produced in *Droesch* may be used in this action, subject to the same protective order conditions.

**IT IS SO ORDERED.**

Dated: October 13, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge